JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GABRIELE, an individual; DAVID ROCKE, an individual; and LEAFY LANE LIMITED, a British Virgin Islands corporation,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>vs.<br><br>ENIGMA-BULWARK, LIMITED, a Nevada corporation; ENIGMA-BULWARK RISK MANAGEMENT, INC., a Delaware corporation EDWARD W. WITHROW, III, an individual; KYLE W. WITHROW, an individual; CALLI BUCCI, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants-Counterclaim Plaintiffs. | Case No.: 22-cv-01613-JFW-PD<br><br>ORDER TO ARBITRATE AND STAY ACTION PENDING ARBITRATION [34]<br><br>[*Filed concurrently with Joint Stipulation r to Arbitrate and Stay Action Pending Arbitration*]<br><br>ACTION FILED: March 10, 2022<br>TRIAL DATE:    None set |

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

    The above-entitled action and all issues arising in connection therewith shall be submitted to final and binding arbitration before the American Arbitration

Association as agreed upon by Plaintiffs Michael Gabriele, David Rocke and Leafy Lane Limited ("Plaintiffs") and Defendants Enigma-Bulwark, Limited, Enigma-Bulwark Risk Management, Inc., Edward W. Withrow, III, Kyle W. Withrow, and Calli Bucci ("Defendants") and in accordance with the terms of the arbitration agreement between the parties and the Parties' Joint Stipulation to Arbitrate and Stay Action Pending Arbitration.

This Action is removed from the Court's civil active case list and any further proceedings in this action are stayed pending completion of arbitration pursuant to 9 U.S.C. § 3.

IT IS SO ORDERED:

DATED: December 21, 2022

_____
HONORABLE JOHN F. WALTER
U.S. DISTRICT JUDGE